**Opinion issued March 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-12-01109-CV**

————————————

**BARBARA J. ELLIS, Appellant**

**V.**

**FIESTA MART INC. D/B/A FIESTA STORE NO. 18, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1008730**

---

**MEMORANDUM OPINION**

This is an attempted appeal from an interlocutory summary judgment order. Appellee, Fiesta Mart Inc. d/b/a Fiesta Store No. 18 ("Fiesta"), filed a motion to dismiss the appeal for want of jurisdiction on the grounds that the order is a non-

appealable interlocutory order. We requested a response to the motion from the appellant, and the appellant did not file a response.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

The record in this case demonstrates that the appellant named two defendants in her amended petition, Fiesta and Robert Ronald Davis. Subsequent to the filing of the amended petition, the trial court granted Fiesta's motion for summary judgment, and the appellant filed a notice of appeal. The record does not reflect that appellant's claims against Robert Ronald Davis have been resolved, nor is there any evidence in the record that there has been any severance of the judgment entered in favor of Fiesta. Under these circumstances, the order at issue is interlocutory and non-appealable, and we do not have jurisdiction over this appeal. *See Lehmann*, 29 S.W.3d at 195; *see also Johnson v. Pierre*, No. 01-09-00820-CV, 2011 WL 743110, at *2 (Tex. App.—Houston [1st Dist.] Mar. 3, 2011, no pet.) ("A summary judgment that does not dispose of all parties and causes of action is not final and appealable absent a severance.").

Accordingly, we grant appellee's motion and dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.